UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jimmy Ray Glass,

    Plaintiff,

Case No. 14-11153

Honorable Nancy G. Edmunds

v.

Commissioner of Social Security,

    Defendant.

                               /

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [13]. The Magistrate Judge found that the ALJ's conclusion that Plaintiff is not disabled under the Social Security Act was not supported by substantial evidence. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

It is further ordered that Defendant's motion for summary judgment [11] is DENIED, Plaintiff's motion for summary judgment [10] is GRANTED IN PART to the extent it seeks remand and DENIED IN PART to the extent it seeks an award of benefits, and that, pursuant to sentence four of 42 U.S.C. § 405(g), the case is REMANDED to the ALJ for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

SO ORDERED.

---

[1] No party has filed objections to the Report and Recommendation.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        U.S. District Judge

Dated: February 3, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 3, 2015, by electronic and/or ordinary mail

        s/Carol J. Bethel
        Case Manager